UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA DEL ROSSARIO JARAMILLO BALLESTEROS, et al., | |
| Plaintiffs, | C22-393 TSZ |
| v. | MINUTE ORDER SETTING TRIAL AND RELATED DATES |
| THE BOEING COMPANY, | |
| Defendant. | |

| | |
|---|---|
| **JURY/NON-JURY TRIAL** set for **9:00 AM on** | **June 3, 2024** |
| Length of Trial | 7 to 14 days |
| Any motion to dismiss for *forum non conveniens* due by and noted on the motions calendar no later than the fourth Friday thereafter (see LCR 7(d)) | January 12, 2023 |
| Deadline for joining additional parties | June 23, 2023 |
| Deadline for amending pleadings | September 8, 2023 |
| Plaintiffs' Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by | September 8, 2023 |
| Defendant's Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by | October 6, 2023 |
| Exchange of rebuttal expert summaries and reports | October 27, 2023 |
| End of expert discovery | December 15, 2023 |

MINUTE ORDER SETTING
TRIAL AND RELATED DATES - 1

| | | |
|---|---|---|
| Discovery motions due by | | January 4, 2024 |
| Discovery completed by[1] | | February 12, 2024 |
| Dispositive Motions due by<br>  and noted on the motions calendar no later<br>  than the fourth Friday thereafter (see LCR 7(d)) | | March 14, 2024 |
| Motions related to expert witnesses<br>(e.g., Daubert motion) due by<br>  and noted on the motions calendar no later<br>  than the third Friday thereafter (see LCR 7(d)) | | January 18, 2024 |
| Motions in Limine due by<br>  and noted on the motions calendar no later<br>  than the Friday before the Pretrial Conference<br>  (see LCR 7(d)(4)) | | May 2, 2024 |
| Pretrial Order due[2] by | | May 17, 2024 |
| Trial Briefs to be submitted by | | May 17, 2024 |
| Proposed Voir Dire/Jury Instructions due by | | May 17, 2024 |
| Pretrial Conference set for | **10:00 AM on** | May 24, 2024 |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

---

[1] The Court has considered the parties' positions in the Joint Status Report and will not phase discovery at this time. The Court, however, has set a deadline to file any motion to dismiss for *forum non conveniens* to promote timely resolution of this issue.

[2] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER SETTING
TRIAL AND RELATED DATES - 2

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1.

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at (206) 370-8522, no later than the Friday before trial. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial might have to await the completion of other cases.  Should this case settle, counsel shall notify Judge Zilly's Chambers at (206) 370-8830 as soon as possible.

A copy of this Minute Order shall be mailed to all counsel of record.

Dated this 10th day of August, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER SETTING
TRIAL AND RELATED DATES - 4