THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA DEL ROSSARIO JARAMILLO BALLESTEROS, as Personal Representative of the ESTATE OF JAIME CARRILLO MONTENEGRO, a Florida estate, and as Guardian of M.F.C.J., a minor; and RAQUEL JAVELA ROJAS as Personal Representative of the ESTATE OF JAIME EDUARDO HERRERA ROMERO, and Guardian of JUAN MANUEL HERRERA JAVELA,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware Corporation,<br><br>Defendant. | No. 22-cv-00393-TSZ<br><br>[PROPOSED]<br><br>ORDER GRANTING BOEING'S MOTION TO DISMISS ON THE GROUNDS OF FORUM NON CONVENIENS |

This matter comes before the Court on Defendant Boeing's Motion to Dismiss on the Grounds of *Forum Non Conveniens*. The Court, having considered the motion and the papers filed in support of and in opposition to the same, hereby GRANTS the motion for the reasons set forth in Boeing's motion. The Court DISMISSES Plaintiffs' Complaint with prejudice.

BOEING'S MOTION TO DISMISS FOR FORUM NON CONVENIENS
(NO. 22-cv-00393-TSZ)–1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2023.

_____
Thomas S. Zilly
United States District Court Judge

Presented by:

*s/ Christopher Ledford*
Christopher Ledford, WSBA No. 44515
Erik B. Kundu, WSBA No. 56746
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: cledford@perkinscoie.com
Email: ekundu@perkinscoie.com

Alletta Brenner, WSBA 59772
**Perkins Coie LLP**
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222
Email: abrenner@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

BOEING'S MOTION TO DISMISS FOR FORUM
NON CONVENIENS
(No. 22-cv-00393-TSZ)–2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000