1

2

3

4

5                                    HONORABLE THOMAS S. ZILLY

6

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| MARIA DEL ROSARIO JARAMILLO BALLESTEROS, as Personal Representative of the ESTATE OF JAIME CARRILLO MONTENEGRO; MARIA DEL ROSARIO JARAMILLO BALLESTEROS, an individual; MARIA FERNANDA CARRILLO JARAMILLO, an individual and minor; RAQUEL JAVELA ROJAS, as Personal Representative of the ESTATE OF JAIME EDUARDO HERRERA ROMERO; RAQUEL JAVELA ROJAS, an individual,<br><br>                    Plaintiffs,<br><br>vs.<br><br>THE BOEING COMPANY, a Delaware Corporation,<br><br>                    Defendant. | CASE NO.: 2:22-cv-393 TSZ<br><br>DECLARATION OF FELIPE PIQUERO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT BOEING'S MOTION TO DISMISS ON THE GROUNDS OF FORUM NON CONVENIENS<br><br>ORAL ARGUMENT REQUESTED<br><br>NOTED FOR CONSIDERATION: MARCH 10, 2023 |

DECLARATION OF FELIPE PIQUERO  - 1

STRITMATTER KESSLER KOEHLER MOORE
3600 15th Ave. W, Suite 300
Seattle, WA 98119
(206) 448-1777

I, Felipe Piquero, declare as follows:

1.      I am an attorney licensed to practice law before all of the courts in Colombia, and am a partner at the firm ESGUERRA, BARRERA & ARRIAGA. I am a graduate of Pontificia Universidad Javeriana in Bogota, Colombia and possess a Masters Degree in Law (LLM) from Universitat Konstanz in Germany. I have personal knowledge of the following facts, and if called upon as a witness, I could and would testify competently thereto, under oath.

2.      Between 1990 and 2006, I was a Professor of Law at Pontificia Universidad Javeriana in Bogota and Universidad de los Andes in Bogota. I taught courses in Administrative Law, Constitutional Law, International Responsibility and Human Rights Law. I was also the editor of the Public Law Review of Universidad de los Andes in Bogota.

3.      From 1997 to 2000 I was Minister Counselor in the Colombian Embassy to the United States and General Director for Special Affairs in the Ministry of Foreign Affairs.

4.      My main field of expertise is litigation before arbitral tribunals as well as administrative and civil courts in Colombia. A true and correct copy of my curriculum vitae is attached hereto as **Exhibit A**.

5.      Plaintiffs will not be able to pursue a product liability case in Colombia because the Grupo de Investigacion de Accidentes Aereos Colombia ("GRIAA") has already issued its final report,  finding that the cause of the crash was due to actions or inactions of the airline during its operation and maintenance of the plane.

6.      The report produced by the GRIAA corresponds to the exercise of the powers enshrined in the aviation regulation of Colombia (RAC), with respect to the investigation of aircraft accidents. The GRIAA's reports play an authoritative role in civil litigation because the findings of the GRIAA Report cannot be challenged in a Colombian court, as the Report is the sole source of expert evidence the court in Colombia will consider.

7.      There have only been a few cases seeking civil liability for aviation accidents that have occurred in this country. In all such cases where there has been a report of the GRIAA, related to the causes of a plane crash, judges have given full evidentiary value and proof to the

DECLARATION OF FELIPE PIQUERO  - 2

STRITMATTER KESSLER KOEHLER MOORE
3600 15th Ave. W, Suite 300
Seattle, WA 98119
(206) 448-1777

GRIAA Report, unless the GRIAA and its wrongdoing was involved in the accident, which is not the case here.

8.     In summary, there is no adequate, alternative or appropriate forum in Colombia to resolve product liability claims brought by the Plaintiffs in Colombia where there exists a GRIAA Report that identifies and attributes the causes of the crash to non-manufacturing parties, like the airline and its maintenance and crew, in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th day of March, 2023, at Bogota, Colombia.

_____

FELIPE PIQUERO

DECLARATION OF FELIPE PIQUERO  - 3

STRITMATTER KESSLER KOEHLER MOORE
3600 15th Ave. W, Suite 300
Seattle, WA 98119
(206) 448-1777

CERTIFICATE OF SERVICE

On March 6, 2023, I caused to be served upon the below named counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the foregoing document.

| | |
|---|---|
| Christopher Ledford<br>Erik Kundu<br>Perkins Coie, LLP<br>1201 3rd Avenue, Suite 4900<br>Seattle, WA 98101<br>Phone:  206-359-8000<br>Fax:  206-359-9000<br><br>Alletta Brenner<br>Perkins Coie, LLP<br>1120 NW Couch Street, 10th Floor<br>Portland, OR 9709<br>Phone: 503-727-200<br>Fax: 503-727-2222 | ☐ U.S. Mail<br>☐ Fax<br>☐ Legal messenger<br>☒ Electronic Delivery (per electronic service agreement and/or via efiling)<br><br>cledford@perkinscoie.com<br>ekundu@perkinscoie.com<br>jpeterson@perkinscoie.com<br>jstarr@perkinscoie.com<br>abrenner@perkinscoie.com |

Dated this 6th day of March, 2023.

By: s/ Daniel R. Laurence
Daniel R. Laurence WSBA No. 19697

3600 15th Ave. W., Ste. 300
Seattle, WA 98119
Tel. (206) 448-1777
dan@stritmatter.com

DECLARATION OF FELIPE PIQUERO  - 4

STRITMATTER KESSLER KOEHLER MOORE
3600 15th Ave. W, Suite 300
Seattle, WA 98119
(206) 448-1777